**Lea L. LITTLE, Respondent,**

v.

**Jennifer ZELCH, Appellant.**

**No. ED 104422**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

FILED: December 20, 2016

Daniel E. Wilke, James A. Wilke, St. Louis, MO, for Appellant

Michael L. Nepple, Thompson Coburn, St. Louis, MO, for Respondent

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM

Jennifer Zelch ("Appellant") appeals from the trial court's judgment in the amount of $4,923.81 for motor vehicle negligence arising out of a rear-end automobile accident with Lea Little's ("Little") vehicle. The trial court heard the case *de novo* following Appellant's appeal from small claims court. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).